

Nadia M. Pervez, Esq.
Aneeba Rehman, Esq.

January 8, 2020

**VIA ECF**

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **Young v. Trimed Home Care Services, Inc.**
**18-CV-4749(DRH)(GRB)**

Dear Honorable Judge Hurley,

This firm represents Plaintiff, Jacqueline S. Young ("Young" and/or "Plaintiff"), in the above-captioned matter and we write jointly with counsel for Defendants.

This action, which includes claims of wage and hour violations and retaliation, was originally filed in this Court on August 23, 2018. The parties entered into a Stipulation agreeing to move this case to arbitration and the Court approved the Stipulation and dismissed this action on December 12, 2018. Subsequently, the parties engaged in arbitration through the American Arbitration Association ("AAA"). As of late last night, the parties have reached a settlement.

The arbitrator will be issuing a consent award regarding Plaintiff's claims by early next week. The parties seek guidance from the Court as to whether the Consent Award is subject to this Court's review and approval, under *Cheeks v. Freeport Pancake House Inc. et. al*., 796 F.3d 199 (2d Cir. 2015). The parties would like to ensure they are taking all steps necessary to secure the Award's finality and be in line with applicable legal requirements.

If directed, the parties will submit the Consent Award to the Court for review and approval.

We thank the Court for its time and attention to this matter.

Respectfully,

_____/s/_____

68 South Service Road, Suite 100, Melville New York 11747
O: 631-427-0700   F: 631-824-9020
info@pervezrehman.com   www.pervezrehman.com

1

                                    PERVEZ & REHMAN, P.C.
                                    Attorneys for Plaintiff(s)
                                    Aneeba Rehman, Esq. (AR-6404)

cc.:  Eric Su, Crowell & Moring, LLP

68 South Service Road, Suite 100, Melville New York 11747
O: 631-427-0700   F: 631-824-9020
info@pervezrehman.com   www.pervezrehman.com

2